UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CR1628-GT |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| MAURO LEONEL GONZALEZ-LOPEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion requesting the continuance of the sentencing hearing currently set for September 29, 2014 be continued until *Friday, November 7, 2014 at 9:30 a.m.*, be **GRANTED**.

**SO ORDERED.**

Dated: 9/11/14

**HONORABLE GORDON THOMPSON, JR.**
United States District Judge